IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HEATHER ELIZABETH GODWIN, § § *Plaintiff*, § § v. § C.A. No. 1:23-cv-01566-DII § CPF RIVER OAKS AUSTIN, L.L.C., § D/B/A THE PARK ON BRODIE LANE, § FOREST COOK, AND META § PLATFORMS, INC., § § *Defendants*. § | |

**META PLATFORMS, INC.'S SUPPLEMENT TO RECORD
OF DOCKET SHEET AND STATE COURT PLEADINGS**

Pursuant to the Court's Order (ECF No. 4), dated December 28, 2023, Defendant Meta Platforms, Inc., hereby files this Supplement to Record of State Court Pleadings as follows:

Ex. 1 – Docket Sheet as of December 28, 2023;

Ex. 2 – Original Petition, filed August 22, 2023;

Ex. 3 – Service Request Form for Facebook, Inc., filed August 24, 2023;

Ex. 4 – Request for Jury Trial, filed August 24, 2023;

Ex. 5 – First Amended Petition in Damages, filed August 28, 2023;

Ex. 6 – Second Amended Petition in Damages, filed September 22, 2023;

Ex. 7 – Service Request Form regarding Meta Platforms, Inc., filed September 22, 2023;

Ex. 8 – Return of Service re Facebook, Inc., filed October 10, 2023;

Ex. 9 – Return of Service re Meta Platforms, Inc., filed October 19, 2023;

Ex. 10 – Meta Platforms, Inc.'s Original Answer and Affirmative Defenses, filed October 27, 2023;

Ex. 11 – Meta Platforms, Inc.'s Special Appearance and Motions to Dismiss, filed October 27, 2023;

Ex. 12 – Rule 11 Agreement, filed October 27, 2023;

Ex. 13 – Notice of In-Person Court Proceeding on the Central Docket regarding Meta Platforms, Inc.'s Special Appearance and Motions to Dismiss, filed October 30, 2023;

Ex. 14 – Third Amended Petition in Damages, filed November 22, 2023;

Ex. 15 – Motion in Opposition to Meta's Motion to Dismiss, filed November 22, 2023;

Ex. 16 – First Amended Motion in Opposition to Meta's Motion to Dismiss, filed November 27, 2023;

Ex. 17 – Meta Platform, Inc.'s Special Appearance and Amended Motion to Dismiss, filed December 1, 2023;

Ex. 18 – Notice of In-Person Court Proceeding on the Central Docket re Meta Platforms, Inc.'s Special Appearance and Amended Motion to Dismiss, filed December 5, 2023;

Ex. 19 – Fourth Amended Petition in Damages, filed December 5, 2023;

Ex. 20 – Second Amended Motion in Opposition to Meta's Motion to Dismiss, filed December 5, 2023;

Ex. 21 – Fifth Amended Petition in Damages, filed December 6, 2023;

Ex. 22 – Third Amended Motion in Opposition to Meta's Motion to Dismiss, filed December 6, 2023;

Ex. 23 – Service Request Form regarding CPF River Oaks Austin LLC and Forest Cook, filed December 7, 2023;

Ex. 24 – Sixth Amended Petition in Damages, filed December 7, 2023;

Ex. 25 – Meta Platforms, Inc.'s Notice of Filing Notice of Removal, filed December 27, 2023; and

Ex. 26 – Return of Service re CPF River Oaks Austin L.L.C., filed December 28, 2023.

> Respectfully submitted,
>
> **ORRICK, HERRINGTON & SUTCLIFFE LLP**
>
> */s/ Ryan C. Wooten*
> Ryan C. Wooten
> State Bar No. 24075308
> Michael Morehead
> State Bar No. 24102242
> 609 Main St., 40th Floor
> Houston, Texas 77002
> Telephone: 713.658.6400
> Facsimile: 713.658.6401
> rwooten@orrick.com
> mmorehead@orrick.com
>
> ATTORNEYS FOR DEFENDANT META PLATFORMS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

> */s/ Michael Morehead*
> Michael Morehead