# EXHIBIT 1

12/28/23, 5:21 PM  research.txcourts.gov - HEATHER GODWIN vs. JOSEPH BRUNO, Sr.,CPF RIVER OAKS AUSTIN L.L.C.,REED TECKENBROCK D-1-G…

Case 1:23-cv-01566-DII   Document 5-1   Filed 01/02/24   Page 2 of 3

https://research.txcourts.gov/CourtRecordsSearch/ViewCasePrint/daa40603c4035cbdb410a5f6735b21f0

## Case Information

# HEATHER GODWIN vs. JOSEPH BRUNO, Sr.,CPF RIVER OAKS AUSTIN L.L.C.,REED TECKENBROCK

D-1-GN-23-004608

Location
Travis County - District Clerk

Case Category
Civil - Injury or Damage

Case Type
Other Injury or Damage

Case Filed Date
8/22/2023

Judge
200TH, DISTRICT COURT

Case Status
Open (Open)

## Parties [8]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | HEATHER ELIZABETH GODWIN | | Pro Se |
| Defendant | CPF RIVER OAKS AUSTIN L.L.C. | | |
| Defendant | FACEBOOK,INC | | |
| Defendant | WINCKLER AND HARVEY, LLC | | |
| Defendant | META PLATFORMS, INC. | | Ryan Coel Wooten |
| Defendant | JOSEPH BRUNO, SR | | |
| Defendant | FOREST COOK | | |
| Defendant | REED TECKENBROCK | | |

## Hearings [2]

| Date/Time | Hearing Type | Judge | Location | Result |
|---|---|---|---|---|
| 12/4/2023 02:00 PM | Setting Date | | | Canceled - Passed by Agreement |
| 1/4/2024 02:00 PM | Setting Date | | | Canceled - Passed by Agreement |

## Events [30]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 8/22/2023 | Filing | ORIGINAL PETITION/APPLICATION (OCA) | ORIGINAL PETITION | ORIGINAL PETITION.pdf |
| 8/24/2023 | Service | Citation | - | - |
| 8/24/2023 | Filing | OTHER - NOTICE | LETTER- SERVICE REQUEST FOR FACEBOOK VIA PCT 5 | LETTER- SERVICE REQUEST FOR FACEBOOK VIA PCT 5.pdf |
| 8/24/2023 | Filing | OTHER - NOTICE | REQUEST FOR JURY TRIAL | REQUEST FOR JURY TRIAL.pdf |
| 8/28/2023 | Filing | PLEADING | FIRST AMENDED PETITION IN DAMAGES | FIRST AMENDED PETITION IN DAMAGES.pdf |
| 9/22/2023 | Filing | PLEADING | SECOND AMENDED PETITION IN DAMAGES | SECOND AMENDED PETITION IN DAMAGES.pdf |
| 9/22/2023 | Filing | OTHER - NOTICE | SERVICE REQUEST FORM | SERVICE REQUEST FORM.pdf |
| 10/2/2023 | Service | Citation | - | - |
| 10/10/2023 | Filing | EXECUTED SERVICE | EXECUTED RETURN SERVICE OF CITATION - FACEBOOK, INC. | EXECUTED RETURN SERVICE OF CITATION - FACEBOOK, INC..pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 10/19/2023 | Filing | EXECUTED SERVICE | EXECUTED RETURN SERVICE (NISI) META PLATFORMS, INC | EXECUTED RETURN SERVICE (NISI) META PLATFORMS, INC.pdf |
| 10/27/2023 | Filing | ANSWER | META PLATFORMS, INC. S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES | META PLATFORMS, INC. S ORIGINAL.pdf |
| 10/27/2023 | Filing | ANSWER | META PLATFORMS, INC. S SPECIAL APPEARANCE AND MOTIONS TO DISMISS | META PLATFORMS, INC. S SPECIAL APPEARANCE AND MOTIONS TO DISMISS.pdf |
| 10/27/2023 | Filing | OTHER - NOTICE | RULE 11 AGREEMENT | RULE 11 AGREEMENT.pdf |
| 10/30/2023 | Filing | OTHER - NOTICE | NOTICE OF IN-PERSON COURT PROCEEDING ON THE CENTRAL DOCKET | NOTICE OF IN-PERSON COURT PROCEEDING ON THE CENTRAL DOCKET.pdf |
| 11/22/2023 | Filing | PLEADING | THIRD AMENDED PETITION IN DAMAGES | THIRD AMENDED PETITION IN DAMAGES.pdf |
| 11/22/2023 | Filing | MOTION | MOTION IN OPPOSITION TO META S MOTION TO DISMISS | MOTION IN OPPOSITION TO META S MOTION TO DISMISS.pdf |
| 11/27/2023 | Filing | MOTION | FIRST AMENDED MOTION IN OPPOSITION TO META S MOTION TO DISMISS | FIRST AMENDED MOTION IN OPPOSITION TO META S MOTION TO DISMISS.pdf |
| 12/1/2023 | Filing | OTHER - NOTICE | META PLATFORMS, INC. S SPECIAL APPEARANCE AND AMENDED MOTION TO DISMISS | META PLATFORMS, INC. S SPECIAL APPEARANCE AND AMENDED MOTION TO DISMISS.pdf |
| 12/4/2023 | Hearing | Setting Date | - | - |
| 12/5/2023 | Filing | OTHER - NOTICE | NOTICE OF IN-PERSON COURT PROCEEDING ON THE CENTRAL DOCKET | NOTICE OF IN-PERSON COURT PROCEEDING ON THE CENTRAL DOCKET.pdf |
| 12/5/2023 | Filing | PLEADING | FOURTH AMENDED PETITION IN DAMAGES | FOURTH AMENDED PETITION IN DAMAGES.pdf |
| 12/5/2023 | Filing | MOTION | SECOND AMENDED MOTION IN OPPOSITION TO META S MOTION TO DISMISS | |
| 12/6/2023 | Filing | PLEADING | FIFTH AMENDED PETITION IN DAMAGES | FIFTH AMENDED PETITION IN DAMAGES.pdf |
| 12/6/2023 | Filing | MOTION | THIRD AMENDED MOTION IN OPPOSITION TO META S MOTION TO DISMISS | THIRD AMENDED MOTION IN OPPOSITION TO META S MOTION TO DISMISS.pdf |
| 12/7/2023 | Filing | OTHER - NOTICE | SERVICE REQUEST FORM | SERVICE REQUEST FORM.pdf |
| 12/7/2023 | Filing | PLEADING | SIXTH AMENDED PETITION IN DAMAGES | SIXTH AMENDED PETITION IN DAMAGES.pdf |
| 12/18/2023 | Service | Citation | - | - |
| 12/27/2023 | Filing | FINAL OR PARTIAL DISPOSITION ORDER | META PLATFORMS, INC. S NOTICE OF FILING NOTICE OF REMOVAL | META PLATFORMS, INC. S NOTICE OF FILING NOTICE OF REMOVAL.pdf |
| 12/28/2023 | Filing | EXECUTED SERVICE | EXECUTED RETURN SERVICE OF CITATION - NEISHA GROSS | EXECUTED RETURN SERVICE OF CITATION - NEISHA GROSS.pdf |
| 1/4/2024 | Hearing | Setting Date | - | - |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.11.1.93

