

A True Copy
Certified order issued Jul 30, 2024

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

No. 24-50531

United States Court of Appeals
Fifth Circuit
**FILED**
July 30, 2024
Lyle W. Cayce
Clerk

Heather Elizabeth Godwin,

    *Plaintiff—Appellant*,

*versus*

CPF River Oaks Austin, L.L.C., *doing business as* The Park on Brodie Lane; Forest Cook; Meta Platforms, Incorporated,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1566

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of July 30, 2024, for want of prosecution. The appellant failed to timely pay the fee.

No. 24-50531

By: _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 30, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50531   Godwin v. CPF River Oaks Austin
                       USDC No. 1:23-CV-1566

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

cc w/encl:
    Mr. Forest Cook
    Ms. Heather Elizabeth Godwin
    Ms. Monica Ishak
    Mr. Michael John Morehead
    Mr. Ryan Coel Wooten